IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>Petitioners,<br><br>v.<br><br>RAMIN AKRAMY, NOOR DAHY, PHILIP JOR-EL ANTHONY QUIRINO, and ZOUAOUI ZAZOU,<br><br>Respondents. | CASE NO. 2:24-CV-01715-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND RESPONDENTS' DEADLINE TO RESPOND TO PETITIONERS' PETITION TO COMPEL ARBITRATION** |

**IT IS HEREBY ORDERED THAT:**

This Court, having received the Stipulation between Petitioners Amazon.com, Inc. and Amazon Logistics, Inc. and Respondents Ramin Akramy, Noor Dahy, Philip Jor-El Anthony Quirino, and Zouaoui Zazou to Extend Respondents' Deadline to Respond to Petitioners' Petition to Compel Arbitration, hereby **GRANTS** the Stipulation and **ORDERS** that:

1. Respondents' deadline to respond to the Petition is thirty (30) days after the court in *Rittmann v. Amazon.com Inc.*, No. 2:16-cv-1554 (W.D. Wash.) rules on the injunction motion;

2. The Parties shall inform the Court of the *Rittmann* court's ruling on the injunction motion within fourteen (14) days of the ruling; and

3. The status conference currently set for October 7, 2024, is vacated, as well as the corresponding deadlines, to be reset once the Parties have completed briefing on the Petition and the Court has issued an order on the Petition.

**IT IS SO ORDERED.**

Dated: August 23, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE